**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**BRAYLON JAVONTE HUTCHISON,**
**ADC #176486**                                                                                     **PLAINTIFF**

**V.**                                       **CASE NO. 4:20-CV-1343-JM-BD**

**KRISTY FLUD,** *et al*.                                                               **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal of all claims. Mr. Hutchison has

not filed objections. After careful review of the Recommendation, the Court concludes that the

Recommendation should be, and hereby is, approved and adopted as this Court's findings in all

respects.

Mr. Hutchison's lawsuit is DISMISSED, without prejudice. This dismissal counts as a

"strike" pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED, this 7th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE