## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BRAYLON JAVONTE HUTCHISON,**
**ADC #176486**                                                                    **PLAINTIFF**

**V.**                                   **CASE NO. 4:20-CV-1343-JM-BD**

**KRISTY FLUD,** *et al.*                                                          **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 7th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE